"It was alleged that he was the same person who in 1933 was convicted of burglary and that after such conviction became final he committed burglary for which he was convicted in 1935, and that after these convictions had become final he committed the robbery the conviction for which resulted in this appeal.

"No statement of facts or bills of exception are in the record.

"And the record contains no motion for new trial.

"The only exception is that the charge of the Court failed to 'charge on the law of identity as applicable to this case'. No facts are set forth nor any reasons stated why this charge should have been given to the jury. It is obvious that this exception cannot be appraised in the absence of the facts."

The judgment will be affirmed.

A. C. Winborn, Cr. Dist. Atty., and E. T. Branch, Asst. Cr. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin for the State.

KRUEGER, Judge.

The offense is murder. The punishment assessed is confinement in the State penitentiary for a term of five years.

There are no bills of exception nor is there a statement of facts in the record. In the absence of a bill of exception to the overruling of the motion for a continuance, the matter is not properly before this Court for review. See Branch's Ann. P.C., Sec. 304, page 183.

The indictment seems to be in due form. Therefore, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## HUNTER v. STATE.
### No. 23889.

Court of Criminal Appeals of Texas.
Jan. 14, 1948.

No attorney for appellant.

## TIPPS v. STATE.
### No. 23885.

Court of Criminal Appeals of Texas.
Jan. 14, 1948.

